IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RICHARD BOWER,　　　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
ADC #144498

v.　　　　　　　　　　　　No. 5:14CV00323 JLH-JTK

RAY HOBBS, Director,
Arkansas Department of Correction　　　　　　　　　　　　　　　　　　　DEFENDANT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney.  After a review of those proposed findings and recommendations, and the timely objections received thereto,  as well as a *de novo* review of the record, the Court adopts them in their entirety.  Accordingly,

IT IS, THEREFORE, ORDERED that:

1.　　Plaintiff's complaint against defendants is DISMISSED with prejudice for failure to state a claim.

2.　　Dismissal of this action constitutes a "strike" within the meaning of the Prison Litigation Reform Act (PLRA), 28 U.S.C. § 1915(g).

3.　　The Court certifies that an *in forma pauperis* appeal from an Order and Judgment dismissing this action would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 9th day of October, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE