**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

RICHARD BOWER,                                                                             PLAINTIFF
ADC #144498

v.                         No. 5:14CV00323 JLH-JTK

RAY HOBBS, Director,
Arkansas Department of Correction                                    DEFENDANT

## **JUDGMENT**

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice. The relief sought is denied.

The Court certifies that an *in forma pauperis* appeal from this Judgment and accompanying Order would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ADJUDGED this 9th day of October, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE